**B1 (Official Form 1) (1/08)**

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>SAN FERNANDO VALLEY DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Burrell, Jack R** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Burrell, Holly M** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fdba JH Burrell Enterprises, Inc. dba Ashley Furniture Home Store; fdba Burrell Enterprises, Inc. dba Burrell's Bedroom Gallery,** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **xxx-xx-7765** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **xxx-xx-4605** |

| Street Address of Debtor (No. and Street, City, and State):<br>**9018 Balboa Blvd. #533**<br>**Northridge, CA** | ZIP CODE<br>**91325** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**9018 Balboa Blvd. #533**<br>**Northridge, CA** | ZIP CODE<br>**91325** |
|---|---|---|---|
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | | County of Residence or of the Principal Place of Business:<br>**Los Angeles** | |
| Mailing Address of Debtor (if different from street address): | ZIP CODE | Mailing Address of Joint Debtor (if different from street address): | ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |
|---|---|

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| [x] Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>[ ] Corporation (includes LLC and LLP)<br>[ ] Partnership<br>[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.) | [ ] Health Care Business<br>[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>[ ] Railroad<br>[ ] Stockbroker<br>[ ] Commodity Broker<br>[ ] Clearing Bank<br>[ ] Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>[ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | [x] Chapter 7<br>[ ] Chapter 9<br>[ ] Chapter 11<br>[ ] Chapter 12<br>[ ] Chapter 13<br><br>[ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>[ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box.)<br>[x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  [ ] Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| [x] Full Filing Fee attached.<br><br>[ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>[ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>[ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).<br>[ ] Debtor is not a small business debtor as defined by 11 U.S.C. § 101(51D).<br>**Check if:**<br>[ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>**Check all applicable boxes:**<br>[ ] plan is being filed with this petition.<br>[ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY

[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
[x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):    **Jack R Burrell**<br>**Holly M Burrell** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**    (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**  **/s/ David S. Hagen**                              04/14/2008<br>      **David S. Hagen**                                    Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>    ☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>    ☑  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (1/08)                                                                                                Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Jack R Burrell** **Holly M Burrell** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Jack R Burrell
_____
   **Jack R Burrell**

**X** /s/ Holly M Burrell
_____
   **Holly M Burrell**

_____
   Telephone Number (If not represented by attorney)

   **04/14/2008**
_____
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**_____
   (Signature of Foreign Representative)

_____
   (Printed Name of Foreign Representative)

_____
   Date

### Signature of Attorney*

**X** /s/ David S. Hagen
_____
   **David S. Hagen**                    Bar No. **110588**

**Law Offices of David S. Hagen**
**16830 Ventura Blvd.**
**Suite 500**
**Encino, CA  91436**

Phone No.**(818) 990-4416**        Fax No.**(818) 990-5680**

   04/14/2008
_____
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**_____
   Signature of Authorized Individual

_____
   Printed Name of Authorized Individual

_____
   Title of Authorized Individual

_____
   Date

Address
_____
**X**_____
_____
   Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| DAVID S. HAGEN - SBN 110588<br>16830 Ventura Blvd., Suite 500<br>Encino, CA 91436-1795<br><br>[X] *Attorney for:* Debtors | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: JACK R BURRELL and HOLLY M BURRELL | CASE NO.: 1:08-bk- |
|---|---|
| | CHAPTER: 7 |
| Debtor(s). | ADV. NO.: |

### ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

[X] Petition, statement of affairs, schedules or lists          Date Filed: _____

[ ] Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____

[ ] Other: _____          Date Filed: _____

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____     4-8-08
Signature of Signing Party          Date

JACK R BURRELL
Printed Name of Signing Party

_____     4-8-08
Signature of Joint Debtor (if applicable)     Date

HOLLY M BURRELL
Printed Name of Joint Debtor (if applicable)

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____     4-14-08
Signature of Attorney for Signing Party     Date

DAVID S HAGEN
Printed Name of Attorney for Signing Party

November 2006

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Official Form 1, Exhibit D (10/06)

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

IN RE:   **Jack R Burrell**                                           Case No. _____

**Holly M Burrell**                                                      (if known)

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,**   received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,**   received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request.  You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  A motion for extension must be filed within the 30-day period.  Failure to fulfill these requirements may result in dismissal of your case.  If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exhibit D (10/06)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

IN RE:  **Jack R Burrell**                                        Case No. _____

**Holly M Burrell**                                              (if known)

        Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*


☐  4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

    ☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.


**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor:   **/s/ Jack R Burrell**_____
                        Jack R Burrell

Date:      **04/14/2008**_____

Official Form 1, Exhibit D (10/06)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

IN RE:  **Jack R Burrell**                                                          Case No. _____

   **Holly M Burrell**                                                                                (if known)

              Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,**   received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,**   received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exhibit D (10/06)**

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

IN RE:   **Jack R Burrell**                                      Case No. _____

        **Holly M Burrell**                                                           (if known)

              Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐   4. I am not required to receive a credit counseling briefing because of:      *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

    ☐   Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

    ☐   Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐   Active military duty in a military combat zone.

☐   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Holly M Burrell**_____
                      Holly M Burrell

Date:      **04/14/2008**_____

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows:  (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

---

---

2. (If petitioner is a partnership or joint venture)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

---

---

3. (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

---

---

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

---

---

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____, California.

_____
*Debtor*

Dated _____

_____
*Joint Debtor*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised May 2004*                                                                                    **F 1015-2.1**

B201 (04/09/06)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

IN RE:  **Jack R Burrell**
**Holly M Burrell**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.  You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

## 1.  Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.**  The briefing must be given within 180 days BEFORE the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses.

## 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:    Liquidation  ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law.  Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income**
**($235 filing fee, $39 administrative fee: Total fee $274)**
1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under Chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

B201 (04/09/06)                                                                                                    Page 2

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

IN RE:   **Jack R Burrell**
         **Holly M Burrell**

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman     ($200 filing fee, $39 administrative fee: Total fee $239)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.   Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:**  Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

## Certificate of Compliance with § 342(b) of the Bankruptcy Code

I, _____ **David S. Hagen** _____ counsel for Debtor(s), hereby certify that I delivered to the Debtor(s) the Notice required by § 342(b) of the Bankruptcy Code.

**/s/ David S. Hagen**
_____
David S. Hagen, Attorney for Debtor(s)
Bar No.: 110588
Law Offices of David S. Hagen
16830 Ventura Blvd.
Suite 500
Encino, CA  91436
Phone: (818) 990-4416
Fax: (818) 990-5680
E-Mail: go4broq@earthlink.net

## Certificate of the Debtor

 (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| **Jack R Burrell**_____ | X  **/s/ Jack R Burrell**_____ | **04/14/2008** |
| **Holly M Burrell**_____ | Signature of Debtor | Date |
| Printed Name(s) of Debtor(s) | X  **/s/ Holly M Burrell**_____ | **04/14/2008** |
| Case No. (if known) _____ | Signature of Joint Debtor (if any) | Date |

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

In re  **Jack R Burrell**
        **Holly M Burrell**

Case No.

Chapter       **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| - Real Property | Yes | 1 | $950,000.00 | | |
| - Personal Property | Yes | 5 | $197,000.00 | | |
| - Property Claimed as Exempt | Yes | 1 | | | |
| - Creditors Holding Secured Claims | Yes | 2 | | $1,009,471.00 | |
| - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $970,542.03 | |
| - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| - Codebtors | Yes | 9 | | | |
| - Current Income of Individual Debtor(s) | Yes | 1 | | | $4,779.14 |
| - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $4,590.00 |
| TOTAL | | 31 | $1,147,000.00 | $1,980,013.03 | |

Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

In re  **Jack R Burrell**                                          Case No.
      **Holly M Burrell**

                                           Chapter      **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$4,779.14** |
| Average Expenses (from Schedule J, Line 18) | **$4,590.00** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$2,193.48** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$1,104.00** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$970,542.03** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$971,646.03** |

B6A (Official Form 6A) (12/07)

In re  **Jack R Burrell**                                    Case No. _____
       **Holly M Burrell**                                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Former residence at 2695 Shetland, Arroyo Grande, CA 93420 Debtors purchased their former residence at 2695 Shetland, Arroyo Grande, CA 93420 in 6/05 for $960,000.  Property is 4 bedrooms, 3 baths in approximately 2600 square feet.  Debtors vacated the property in 12/07 and lender is currently proceeding with foreclosure.  Debtors do not intend to retain the property.  Value of the property in today's market is probably less than $1,000,000. | fee | C | $950,000.00 | $868,289.00 |
| | | Total: | $950,000.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Jack R Burrell**                                     Case No. _____
       **Holly M Burrell**                                                    (if known)

### SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Personal joint checking account at Bank of America North Hills branch | C | $1,000.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Household goods and furnishings at residence and in storage (exempt) | C | $3,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Personal wearing apparel on person and at residence (exempt) | C | $1,500.00 |
| 7. Furs and jewelry. | | Personal jewelry (exempt) | C | $1,000.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term life insurance policy? | C | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Jack R Burrell**  Case No. _____
    **Holly M Burrell**  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Debtors were the sole shareholders of JH Burrell Enterprises, Inc. which operated a retail furniture store at 1318 S. Broadway, Santa Maria, CA 93454 until it closed in 11/07. The debtors were in negotiation for the sale of the business, but the prospective buyers went around the debtors and straight to their floor lender, GE Capital, and made a deal with them. GE Capital then foreclosed upon the inventory and seized the assets in 11/07. Stock value is zero. | C | $0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Jack R Burrell**                                Case No. _____
       **Holly M Burrell**                                                (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Jack R Burrell**                                 Case No. _____
      **Holly M Burrell**                                           (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 GMC Sierra pickup financed through GMAC | C | $21,000.00 |
| | | 2007 Saturn Aura financed through GMAC | C | $19,000.00 |
| | | 40' Tiffan RV currently being used by the debtors as their personal residence and is parked at Holly's parents house in Northridge.  The vehicle was purchased in 7/06 for $163,000 and financed by KeyBank with a loan of $100,000.  Current fair market value is probably about $150,000 and debtor's have claimed their homestead exemption to protect the equity. | C | $150,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Jack R Burrell**                                         Case No. _____
    **Holly M Burrell**                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____4_____ continuation sheets attached    **Total  >**    **$197,000.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  **Jack R Burrell**                                        Case No. _____
        **Holly M Burrell**                                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Household goods and furnishings at residence and in storage (exempt) | C.C.P. § 704.020 | $3,500.00 | $3,500.00 |
| Personal wearing apparel on person and at residence (exempt) | C.C.P. § 704.020 | $1,500.00 | $1,500.00 |
| Personal jewelry (exempt) | C.C.P. § 704.040 | $1,000.00 | $1,000.00 |
| 40' Tiffan RV currently being used by the debtors as their personal residence and is parked at Holly's parents house in Northridge. The vehicle was purchased in 7/06 for $163,000 and financed by KeyBank with a loan of $100,000.  Current fair market value is probably about $150,000 and debtor's have claimed their homestead exemption to protect the equity. | C.C.P. § 704.730 | $49,922.00 | $150,000.00 |
| | | $55,922.00 | $156,000.00 |

B6D (Official Form 6D) (12/07)

In re  **Jack R Burrell**                                    Case No. _____

     **Holly M Burrell**                                                      (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxx3930<br><br>**G M A C**<br>**PO Box 130424**<br>**Roseville, MN 55113** | | C | DATE INCURRED:   **10/10/2007**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2007 GMC Sierra pickup financed through GMAC**<br>REMARKS:<br><br>VALUE:                       **$21,000.00** | | | | $21,401.00 | $401.00 |
| ACCT #: xxxxxxxx2150<br><br>**G M A C**<br>**PO Box 130424**<br>**Roseville, MN 55113** | | C | DATE INCURRED:   **11/24/2007**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2007 Saturn Aura financed through GMAC**<br>REMARKS:<br><br>VALUE:                       **$19,000.00** | | | | $19,703.00 | $703.00 |
| ACCT #: xxxxxxxxx3856<br><br>**Keybank NA**<br>**Attention: Bankruptcy**<br>**PO Box 94968**<br>**Cleveland, OH 44101** | | C | DATE INCURRED:   **12/2007**<br>NATURE OF LIEN:<br>**Recreational**<br>COLLATERAL:<br>**40' Tiffan RV currently being used by the debtors**<br>REMARKS:<br><br>VALUE:                     **$150,000.00** | | | | $100,078.00 | |
| ACCT #: xxxxxxxxx5366<br><br>**National City Bank**<br>**Attention: Bankruptcy Department**<br>**6750 Miller Road**<br>**Brecksville, OH 44141** | | C | DATE INCURRED:   **07/26/2005**<br>NATURE OF LIEN:<br>**Conventional Real Estate Mortgage**<br>COLLATERAL:<br>**Former residence at 2695 Shetland, Arroyo Grand**<br>REMARKS:<br><br>VALUE:                     **$950,000.00** | | | | $772,556.00 | |

|  | |
|---|---|
| Subtotal (Total of this Page) > | $913,738.00 |
| Total (Use only on last page) > | |

|  | | |
|---|---|---|
| ___1___ continuation sheets attached | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Subtotal unsecured portion: $1,104.00

B6D (Official Form 6D) (12/07) - Cont.

In re **Jack R Burrell**                                           Case No. _____
**Holly M Burrell**                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Representing:**<br>**National City Bank** | | | **Home Loan Services, Inc.**<br>**c/o First American Loanstar Trustee Serv**<br>**PO Box 961253**<br>**Ft. Worth, TX 76161** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **xxxxxxxxx5367**<br><br>**National City Bank**<br>**Attention:  Bankruptcy Department**<br>**6750 Miller Road**<br>**Brecksville, OH 44141** | | C | DATE INCURRED:    **07/26/2005**<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**Former residence at 2695 Shetland, Arroyo Grand**<br>REMARKS:<br><br><br>VALUE:                    **$950,000.00** | | | | **$95,733.00** | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$95,733.00** |  **$0.00** |
| Total (Use only on last page) > | **$1,009,471.00** | **$1,104.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

In re **Jack R Burrell**                                    Case No. _____
      **Holly M Burrell**                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Jack R Burrell**                                      Case No. _____
        **Holly M Burrell**                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx8492<br>**All Cal Coll**<br>**PO Box 1614**<br>**Osage Beach, MO 65065** | | C | DATE INCURRED:  **09/2007**<br>CONSIDERATION:<br>**Medical collection**<br>REMARKS: | | | | **$35.00** |
| ACCT #:  **xxx xxx 171 9**<br>**American Express TRS**<br>**PO Box 53773**<br>**Phoenix, AZ 85072-3773** | X | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Charge backs**<br>REMARKS: | | | | **$41,255.17** |
| ACCT #:  xxxxxxxxxxxx2693<br>**Amy Vanblaricom, MD**<br>**1441 Avocado Ave. #301**<br>**Newport Beach, CA 92660-7704** | | C | DATE INCURRED:  **2/08**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$3,400.00** |
| ACCT #:  **x7447**<br>**Anesthesia Medical Group of SM**<br>**PO Box 6406**<br>**Santa Maria, CA 93456-6406** | | C | DATE INCURRED:  **10/07**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$330.00** |
| ACCT #:  **xx-xxxx7 483**<br>**April Szczepanski**<br>**c/o Labor Commissioner**<br>**411 E. Canon Perdido St. #3**<br>**Santa Barbara, CA 93101** | X | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Labor claim against former business**<br>REMARKS: | | | | **Unknown** |
| ACCT #:  **xxxx xxxxxx x6781**<br>**Bank of America**<br>**Attn: Bankruptcy Dept NC4-105-03-14**<br>**PO Box 26012**<br>**Greensboro, NC 27420** | | C | DATE INCURRED:  **04/13/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$6,373.00** |
| | | | Subtotal > | | | | **$51,393.17** |
| ___**8**___ continuation sheets attached | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.) | | | | |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jack R Burrell**                                 Case No. _____
          **Holly M Burrell**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx1452**<br>**Bay Area Credit Service**<br>**97 E Brokaw Rd**<br>**Suite 240**<br>**San Jose, CA 95112** | | C | DATE INCURRED:  **08/02/2006**<br>CONSIDERATION:<br>**Medical collection**<br>REMARKS: | | | | **$777.00** |
| ACCT #:  **xx xxxxxx xxxxxx03 00**<br>**Charter Communications**<br>**c/o Credit Protection Association**<br>**13355 Noel Rd.**<br>**Dallas, TX 75240** | | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Cable tv**<br>REMARKS: | | | | **$201.06** |
| **Representing:**<br>**Charter Communications** | | | **Charter Communications**<br>**4031 Via Oro Ave.**<br>**Long Beach, CA 90810-1458** | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-7897**<br>**Chase**<br>**800 Brooksedge Blvd**<br>**Westerville, OH 43081** | | C | DATE INCURRED:  **01/16/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$9,201.00** |
| ACCT #:  **xxx-xxx-597-6**<br>**Chevron**<br>**PO Box 5010**<br>**Concord, CA 94524** | X | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **$2,202.43** |
| ACCT #:  **xx xx x645 2**<br>**City of Santa Maria**<br>**Utility Billing Division**<br>**110 E. Cook St., Room 9**<br>**Santa Maria, CA 93454-5190** | X | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**business utility**<br>REMARKS: | | | | **$1,104.95** |

Sheet no. ____1____ of ____8____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$13,486.44**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jack R Burrell**                    Case No. _____
       **Holly M Burrell**                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx8878**<br>**Commercial Trade Bureau of California**<br>**c/o Sandra Kuhn McCormack**<br>**5330 Office Center Ct #C**<br>**Bakersfield, CA 93309** | X | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**business debt**<br>REMARKS: | | | | $19,183.77 |
| ACCT #:  **xxxx2498**<br>**Continetnal Credit Control**<br>**PO Box 30348**<br>**Santa Barbara, CA 93130-0348** | | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Collecting for Mission Ortho Surgery (medical)**<br>REMARKS: | | | | $111.59 |
| ACCT #:  **xxx9169**<br>**County Originals, Inc.**<br>**c/o Creditors Resource Group**<br>**PO Box 5489**<br>**Slidell, LA 70469** | X | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**business debt**<br>REMARKS: | | | | $406.77 |
| ACCT #:  **xxx xxxxxx1 002**<br>**Dell Financial Services**<br>**4293 Collection Center Dr**<br>**Chicago, IL 60693** | X | C | DATE INCURRED:  **2006**<br>CONSIDERATION:<br>**business debt**<br>REMARKS: | | | | $1,270.96 |
| ACCT #:  **xxxx xxxx xxx6 117**<br>**Discover Card Services**<br>**PO Box 3016**<br>**New Albany, OH 43054** | X | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**business credit card**<br>REMARKS: | | | | $2,185.60 |
| ACCT #:  **x0948**<br>**Donahue Transportation**<br>**6551 Ventura Blvd.**<br>**Ventura, CA 93003** | X | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**business transportation**<br>REMARKS: | | | | $21,292.56 |

Sheet no. ___2___ of ___8___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**       **$44,451.25**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jack R Burrell**                                     Case No. _____
       **Holly M Burrell**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxx1218 <br> **ExxonMobil** <br> **PO Box 6497** <br> **Sioux Falls, SD 57117** | | C | DATE INCURRED:  **04/16/1996** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$604.00** |
| ACCT #: <br> **Fair Sky Properties** <br> **755 Santa Rosa St., Suite 310** <br> **San Luis Obispo, CA** | X | C | DATE INCURRED:  **10/07** <br> CONSIDERATION: <br> **Corporate lease of 1235 W. McCoy Lane** <br> REMARKS: | | | | **Unknown** |
| ACCT #:  **xx xxxx x9265** <br> **Farmers Insurance Group** <br> **c/o Credit Collectin SErvices** <br> **Two Wells Ave., Dept. 7250** <br> **Newton, MA 02459** | X | C | DATE INCURRED:  **2007** <br> CONSIDERATION: <br> **business insurance** <br> REMARKS: | | | | **$2,516.96** |
| ACCT #:  **x8831** <br> **Gallerie II** <br> **819  Blue Crab Rd.** <br> **Newport News, VA 23606** | X | C | DATE INCURRED:  **2007** <br> CONSIDERATION: <br> **business debt** <br> REMARKS: | | | | **$289.82** |
| ACCT #:  **xxx9891** <br> **GE Commercial Distrubution Finance Corp** <br> **c/o Law Offices of Mark D Poniatowski** <br> **2811 Castro Valley Blvd. #208** <br> **Castro Valley, CA 94546** | X | C | DATE INCURRED:  **2005** <br> CONSIDERATION: <br> **Corporate flooring agreement** <br> REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxxx0099** <br> **Genetic Disease Research** <br> **PO Box 7885** <br> **San Francisco, CA 94120-7885** | | C | DATE INCURRED:  **9/07** <br> CONSIDERATION: <br> **medical** <br> REMARKS: | | | | **$81.00** |

Sheet no. ____3____ of ____8____ continuation sheets attached to             **Subtotal >**    **$3,491.78**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            **Total >**
                          **(Use only on last page of the completed Schedule F.)**
                       **(Report also on Summary of Schedules and, if applicable, on the**
                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jack R Burrell**          Case No. _____
       **Holly M Burrell**                        (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx xxxx x0213** <br> **GMAC** <br> **PO Box 380903** <br> **Bloomington, MN 55438** | | C | DATE INCURRED:  **2006** <br> CONSIDERATION: <br> **Surrender liability for 2007 GMC Acadia** <br> REMARKS: | | | | **Unknown** |
| ACCT #:  **xxx xxxx x7278** <br> **GMAC** <br> **PO Box 380902** <br> **Bloomington, MN 55438-0902** | | C | DATE INCURRED:  **2006** <br> CONSIDERATION: <br> **Deficiency after voluntary surrender** <br> REMARKS: | | | | **$4,802.36** |
| ACCT #:  **xxxx-xxxx-xxxx-9256** <br> **HSBC** <br> **ATTN: BANKRUPTCY** <br> **PO BOX 5213** <br> **Carol Stream, IL 60197** | | C | DATE INCURRED:  **09/20/2007** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$1,259.00** |
| ACCT #:  **xxx xxx5294** <br> **L&P Financial Services Co.** <br> **PO Box 198747** <br> **Atlanta, GA 30384-8747** | X | C | DATE INCURRED:  **2007** <br> CONSIDERATION: <br> **business debt** <br> REMARKS: | | | | **$1,657.34** |
| ACCT #:  **xxxxxx8068** <br> **LTD Financial Services, LP** <br> **7322 Southwest Freeway, Suite 1600** <br> **Houston, TX 77074** | X | C | DATE INCURRED:  **2007** <br> CONSIDERATION: <br> **business credit debt** <br> REMARKS: | | | | **$287.29** |
| ACCT #:  **xx3781** <br> **Manpower, Inc.** <br> **PO Box 45730** <br> **San Francisco, CA 94145-0730** | X | C | DATE INCURRED:  **2007** <br> CONSIDERATION: <br> **business debt** <br> REMARKS: | | | | **$8,104.69** |

Sheet no. ____4____ of ____8____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$16,110.68**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jack R Burrell**                                Case No. _____
        **Holly M Burrell**                                                    (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx9969<br>**Marian Medical Center**<br>**File 55549**<br>**Los Angeles, CA 90074-0001** | | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $1,416.00 |
| ACCT #:  x1169<br>**Michaelson, Susi & Michaelson**<br>**Seven West Figueroa, 2nd Floor**<br>**Santa Barbara, CA 93101** | X | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Attorney Fees-Corporate advice**<br>REMARKS: | | | | $1,200.00 |
| ACCT #:  xxx0602<br>**Monitronics Funding LP**<br>**8628 Innovation Way**<br>**Chicago, Il 60682-0086** | X | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**business debt**<br>REMARKS: | | | | $271.92 |
| ACCT #:  xxxxxxx778-4<br>**Pacific Gas & Electric**<br>**PO Box 997300**<br>**Sacramento, CA 95899-7300** | X | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**business utility**<br>REMARKS: | | | | $16,815.96 |
| ACCT #:  xxxx-9658<br>**Paychex**<br>**General Post Office**<br>**PO Box 29769**<br>**New York, NY 10087-9769** | X | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**business debt**<br>REMARKS: | | | | $750.00 |
| ACCT #:  xx xx-1041<br>**Phyllis Madonna, Trustee**<br>**c/o Adamski, Moroski, Madden & Green**<br>**1200 Vine St.**<br>**Paso Robles, CA 93446** | X | C | DATE INCURRED:  **2006**<br>CONSIDERATION:<br>**Corporate loan**<br>REMARKS: | | | | $343,018.19 |

Sheet no. ____5____ of ____8____ continuation sheets attached to                    **Subtotal >**          **$363,472.07**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jack R Burrell**                          Case No. _____
       **Holly M Burrell**                                        (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx xxxx9792**<br>**Renaissance Imaging Med Assoc**<br>**PO Box 190**<br>**Simi Valley, CA 93062-0190** | | C | DATE INCURRED:  **2/08**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$61.00** |
| ACCT #:  **xxxx8474**<br>**Santa Barbara Bank & Trust**<br>**PO Box 60839**<br>**Santa Barbara, CA 93160-0839** | X | C | DATE INCURRED:  **2005**<br>CONSIDERATION:<br>**Business credit line**<br>REMARKS: | | | | **$100,000.00** |
| ACCT #:  **xxxx-1072**<br>**Santa Maria Broadway Plaza II, LLC**<br>**c/o Adamski Moroski Madden & Green**<br>**1200 Vine St.**<br>**Paso Robles, CA 93446** | X | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Breach of corporate lease agreement**<br>REMARKS: | | | | **$98,608.00** |
| **Representing:**<br>**Santa Maria Broadway Plaza II, LLC** | | | **Santa Maria Broadway Plaza II**<br>**284 Higuera St.**<br>**San Luis Obispo, CA 93401** | | | | **Notice Only** |
| ACCT #:  **xxxx xxxx3881**<br>**South Coast Sanitary Services**<br>**Dept 1433**<br>**Los Angeles, CA 90084-1433** | | C | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Shetland utility**<br>REMARKS: | | | | **$180.49** |
| ACCT #:  **xxxxx1230**<br>**Sprint**<br>**PO Box 541023**<br>**Los Angeles, CA 90054-1023** | X | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**business telephone**<br>REMARKS: | | | | **$1,619.32** |

Sheet no. ____**6**____ of ____**8**____ continuation sheets attached to                                     **Subtotal >**   **$200,468.81**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                      **Total >**
                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jack R Burrell**                               Case No. _____
        **Holly M Burrell**                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx xx xxxxx0952**<br>**State Board of Equalization**<br>**PO Box 942879**<br>**Sacramento, CA 94279-0095** | X | C | DATE INCURRED:  **2006-07**<br>CONSIDERATION:<br>**Business sales taxes**<br>REMARKS: | | | | **$257,677.00** |
| ACCT #:<br>**State Board of Equalization**<br>**PO Box 942879**<br>**Sacramento, CA 94279-0095** | X | C | DATE INCURRED:  **2006**<br>CONSIDERATION:<br>**Business sales taxes**<br>REMARKS: | | | | **Unknown** |
| ACCT #:  **xx5139**<br>**Stylecraft Home Collection**<br>**4325 Executive Dr., Suite 100**<br>**Southaven, MS 38672** | X | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**business debt**<br>REMARKS: | | | | **$1,447.40** |
| ACCT #:  **xxx xxx x948 1**<br>**The Gas Company**<br>**PO Box C**<br>**Monterey Park, CA 91756** | X | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**business utility**<br>REMARKS: | | | | **$56.47** |
| ACCT #:  **xxBent**<br>**Three Hands**<br>**13259 Ralston AVe.**<br>**Sylmar, CA 91342** | X | C | DATE INCURRED:  **1/07**<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **$2,821.60** |
| ACCT #:  **xxx xx5 889**<br>**Union Oil Co.**<br>**PO Box 688931**<br>**Des Moines, IA 50368-8931** | X | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**business debt**<br>REMARKS: | | | | **$68.15** |

Sheet no. ____7____ of ____8____ continuation sheets attached to                                    Subtotal >     **$262,070.62**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jack R Burrell**                                    Case No. _____
       **Holly M Burrell**                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx4680**<br>**United Healthcare**<br>**Dept CH 10151**<br>**Palatine, IL 60055-0151** | | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**health insurance premiums**<br>REMARKS: | | | | **$7,749.75** |
| ACCT #:  **xxxxxxxxxxxx3612**<br>**US Bank**<br>**Attn: Bankruptcy Dept**<br>**PO Box 5229**<br>**Cincinnati, OH 45201** | | C | DATE INCURRED:  **04/01/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$6,759.00** |
| ACCT #:  **xxx xxxxxxx x082 3**<br>**Waste Management**<br>**PO Box 541065**<br>**Los Angeles, CA 90054-1065** | X | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Trash services-business**<br>REMARKS: | | | | **$1,081.06** |
| ACCT #:  **xxxx3831**<br>**Westcliff Medical Laboratories**<br>**PO Box 19798**<br>**Irvine, CA 92623-9798** | | C | DATE INCURRED:  **1/08**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$7.40** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____**8**____ of ____**8**____ continuation sheets attached to                                **Subtotal >** | **$15,597.21**

Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >** | **$970,542.03**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Jack R Burrell**                                         Case No. _____
     **Holly M Burrell**                                                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re  **Jack R Burrell**                                        Case No.  _____
       **Holly M Burrell**                                                              (if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **American Express TRS**<br>PO Box 53773<br>Phoenix, AZ 85072-3773 |
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **April Szczepanski**<br>c/o Labor Commissioner<br>411 E. Canon Perdido St. #3<br>Santa Barbara, CA 93101 |
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **Chevron**<br>PO Box 5010<br>Concord, CA 94524 |
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **City of Santa Maria**<br>Utility Billing Division<br>110 E. Cook St., Room 9<br>Santa Maria, CA 93454-5190 |
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **Commercial Trade Bureau of California**<br>c/o Sandra Kuhn McCormack<br>5330 Office Center Ct #C<br>Bakersfield, CA 93309 |
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **County Originals, Inc.**<br>c/o Creditors Resource Group<br>PO Box 5489<br>Slidell, LA 70469 |
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **Dell Financial Services**<br>4293 Collection Center Dr<br>Chicago, IL 60693 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Jack R Burrell**                                    Case No. _____
       **Holly M Burrell**                                                (if known)

## SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **Discover Card Services**<br>PO Box 3016<br>New Albany, OH 43054 |
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **Donahue Transportation**<br>6551 Ventura Blvd.<br>Ventura, CA 93003 |
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **Fair Sky Properties**<br>755 Santa Rosa St., Suite 310<br>San Luis Obispo, CA |
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **Farmers Insurance Group**<br>c/o Credit Collectin SErvices<br>Two Wells Ave., Dept. 7250<br>Newton, MA 02459 |
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **Gallerie II**<br>819  Blue Crab Rd.<br>Newport News, VA 23606 |
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **GE Commercial Distrubution Finance Corp**<br>c/o Law Offices of Mark D Poniatowski<br>2811 Castro Valley Blvd. #208<br>Castro Valley, CA 94546 |
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **L&P Financial Services Co.**<br>PO Box 198747<br>Atlanta, GA 30384-8747 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Jack R Burrell**                                         Case No. _____
       **Holly M Burrell**                                                    (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 2*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **LTD Financial Services, LP**<br>7322 Southwest Freeway, Suite 1600<br>Houston, TX 77074 |
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **Manpower, Inc.**<br>PO Box 45730<br>San Francisco, CA 94145-0730 |
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **Michaelson, Susi & Michaelson**<br>Seven West Figueroa, 2nd Floor<br>Santa Barbara, CA 93101 |
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **Monitronics Funding LP**<br>8628 Innovation Way<br>Chicago, Il 60682-0086 |
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **Pacific Gas & Electric**<br>PO Box 997300<br>Sacramento, CA 95899-7300 |
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **Paychex**<br>General Post Office<br>PO Box 29769<br>New York, NY 10087-9769 |
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **Phyllis Madonna, Trustee**<br>c/o Adamski, Moroski, Madden & Green<br>1200 Vine St.<br>Paso Robles, CA 93446 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Jack R Burrell**                                      Case No. _____
       **Holly M Burrell**                                                  (if known)


## SCHEDULE H - CODEBTORS

*Continuation Sheet No. 3*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **Santa Barbara Bank & Trust**<br>PO Box 60839<br>Santa Barbara, CA 93160-0839 |
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **Santa Maria Broadway Plaza II, LLC**<br>c/o Adamski Moroski Madden & Green<br>1200 Vine St.<br>Paso Robles, CA 93446 |
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **Sprint**<br>PO Box 541023<br>Los Angeles, CA 90054-1023 |
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **State Board of Equalization**<br>PO Box 942879<br>Sacramento, CA 94279-0095 |
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **State Board of Equalization**<br>PO Box 942879<br>Sacramento, CA 94279-0095 |
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **Stylecraft Home Collection**<br>4325 Executive Dr., Suite 100<br>Southaven, MS 38672 |
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **The Gas Company**<br>PO Box C<br>Monterey Park, CA 91756 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Jack R Burrell**                                    Case No. _____
       **Holly M Burrell**                                             (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 4*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **Three Hands**<br>13259 Ralston AVe.<br>Sylmar, CA 91342 |
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **Union Oil Co.**<br>PO Box 688931<br>Des Moines, IA 50368-8931 |
| **Burrell Enterprises, Inc.**<br>1318 B S. Broadway<br>Santa Maria, CA 93454 | **Waste Management**<br>PO Box 541065<br>Los Angeles, CA 90054-1065 |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **American Express TRS**<br>PO Box 53773<br>Phoenix, AZ 85072-3773 |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **April Szczepanski**<br>c/o Labor Commissioner<br>411 E. Canon Perdido St. #3<br>Santa Barbara, CA 93101 |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **Chevron**<br>PO Box 5010<br>Concord, CA 94524 |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **City of Santa Maria**<br>Utility Billing Division<br>110 E. Cook St., Room 9<br>Santa Maria, CA 93454-5190 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Jack R Burrell**                                        Case No. _____
       **Holly M Burrell**                                                (if known)

## SCHEDULE H - CODEBTORS

*Continuation Sheet No. 5*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **Commercial Trade Bureau of California**<br>c/o Sandra Kuhn McCormack<br>5330 Office Center Ct #C<br>Bakersfield, CA 93309 |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **County Originals, Inc.**<br>c/o Creditors Resource Group<br>PO Box 5489<br>Slidell, LA 70469 |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **Dell Financial Services**<br>4293 Collection Center Dr<br>Chicago, IL 60693 |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **Discover Card Services**<br>PO Box 3016<br>New Albany, OH 43054 |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **Donahue Transportation**<br>6551 Ventura Blvd.<br>Ventura, CA 93003 |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **Fair Sky Properties**<br>755 Santa Rosa St., Suite 310<br>San Luis Obispo, CA |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **Farmers Insurance Group**<br>c/o Credit Collectin SErvices<br>Two Wells Ave., Dept. 7250<br>Newton, MA 02459 |

B6H (Official Form 6H) (12/07) - Cont.

In re **Jack R Burrell**                                    Case No. _____
       **Holly M Burrell**                                                    (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 6*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **Gallerie II**<br>819  Blue Crab Rd.<br>Newport News, VA 23606 |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **GE Commercial Distrubution Finance Corp**<br>c/o Law Offices of Mark D Poniatowski<br>2811 Castro Valley Blvd. #208<br>Castro Valley, CA 94546 |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **L&P Financial Services Co.**<br>PO Box 198747<br>Atlanta, GA 30384-8747 |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **LTD Financial Services, LP**<br>7322 Southwest Freeway, Suite 1600<br>Houston, TX 77074 |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **Manpower, Inc.**<br>PO Box 45730<br>San Francisco, CA 94145-0730 |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **Michaelson, Susi & Michaelson**<br>Seven West Figueroa, 2nd Floor<br>Santa Barbara, CA 93101 |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **Monitronics Funding LP**<br>8628 Innovation Way<br>Chicago, Il 60682-0086 |

B6H (Official Form 6H) (12/07) - Cont.

In re **Jack R Burrell**                              Case No. _____
       **Holly M Burrell**                                        (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 7*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **Pacific Gas & Electric**<br>PO Box 997300<br>Sacramento, CA 95899-7300 |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **Paychex**<br>General Post Office<br>PO Box 29769<br>New York, NY 10087-9769 |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **Phyllis Madonna, Trustee**<br>c/o Adamski, Moroski, Madden & Green<br>1200 Vine St.<br>Paso Robles, CA 93446 |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **Santa Barbara Bank & Trust**<br>PO Box 60839<br>Santa Barbara, CA 93160-0839 |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **Santa Maria Broadway Plaza II, LLC**<br>c/o Adamski Moroski Madden & Green<br>1200 Vine St.<br>Paso Robles, CA 93446 |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **Sprint**<br>PO Box 541023<br>Los Angeles, CA 90054-1023 |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **State Board of Equalization**<br>PO Box 942879<br>Sacramento, CA 94279-0095 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Jack R Burrell**                                        Case No. _____
       **Holly M Burrell**                                                            (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 8*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **State Board of Equalization**<br>PO Box 942879<br>Sacramento, CA 94279-0095 |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **Stylecraft Home Collection**<br>4325 Executive Dr., Suite 100<br>Southaven, MS 38672 |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **The Gas Company**<br>PO Box C<br>Monterey Park, CA 91756 |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **Three Hands**<br>13259 Ralston AVe.<br>Sylmar, CA 91342 |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **Union Oil Co.**<br>PO Box 688931<br>Des Moines, IA 50368-8931 |
| **JH Burrell Enterprises, Inc.**<br>2695 Shetland Place<br>Arroyo Grande, CA 93420 | **Waste Management**<br>PO Box 541065<br>Los Angeles, CA 90054-1065 |

B6I (Official Form 6I) (12/07)

In re **Jack R Burrell**                                          Case No. _____
       **Holly M Burrell**                                                  (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): son<br>daughter<br>son | Age(s): 8<br>4<br>6 weeks | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | Fire safety inspector | Homemaker |
| Name of Employer | Brinderson Constructors, Inc. | Unemployed |
| How Long Employed | 12/07 | |
| Address of Employer | 3330 Harbor Blvd. #100<br>Costa Mesa, CA 92626 | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $6,283.33 | $0.00 |
| 2. | Estimate monthly overtime | $0.00 | $0.00 |
| 3. | SUBTOTAL | **$6,283.33** | **$0.00** |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $884.00 | $0.00 |
| | b. Social Security Tax | $455.04 | $0.00 |
| | c. Medicare | $106.43 | $0.00 |
| | d. Insurance | $0.00 | $0.00 |
| | e. Union dues | $0.00 | $0.00 |
| | f. Retirement | $0.00 | $0.00 |
| | g. Other (Specify)    CA SDI | $58.72 | $0.00 |
| | h. Other (Specify) | $0.00 | $0.00 |
| | i. Other (Specify) | $0.00 | $0.00 |
| | j. Other (Specify) | $0.00 | $0.00 |
| | k. Other (Specify) | $0.00 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$1,504.19** | **$0.00** |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$4,779.14** | **$0.00** |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. | Income from real property | $0.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify): | $0.00 | $0.00 |
| 12. | Pension or retirement income | $0.00 | $0.00 |
| 13. | Other monthly income (Specify): | | |
| | a. | $0.00 | $0.00 |
| | b. | $0.00 | $0.00 |
| | c. | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | **$0.00** | **$0.00** |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$4,779.14** | **$0.00** |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$4,779.14** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:  **Jack R Burrell**    Case No. _____
  **Holly M Burrell**                              (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $860.00 |
|     a. Are real estate taxes included?  ☐ Yes  ☑ No | |
|     b. Is property insurance included?  ☐ Yes  ☑ No | |
| 2. Utilities:  a. Electricity and heating fuel | |
|             b. Water and sewer | |
|             c. Telephone | $200.00 |
|             d. Other: | |
| 3. Home maintenance (repairs and upkeep) | |
| 4. Food | $600.00 |
| 5. Clothing | $150.00 |
| 6. Laundry and dry cleaning | |
| 7. Medical and dental expenses | $50.00 |
| 8. Transportation (not including car payments) | $400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | |
|           b. Life | |
|           c. Health | $615.00 |
|           d. Auto | $250.00 |
|           e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto:   GMC Sierra | $415.00 |
|           b. Other:  Saturn | $350.00 |
|           c. Other: | |
|           d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other:  School for minor son | $600.00 |
| 17.b. Other:  Miscellaneous | $100.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$4,590.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **Holly's parents are helping them meet ends meet in the interim.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $4,779.14 |
| b. Average monthly expenses from Line 18 above | $4,590.00 |
| c. Monthly net income (a. minus b.) | $189.14 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Jack R Burrell**                                                    Case No. _____
    **Holly M Burrell**                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**33**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **04/14/2008**_____          Signature __/s/ **Jack R Burrell**_____
                                                                        *Jack R Burrell*

Date **04/14/2008**_____          Signature __/s/ **Holly M Burrell**_____
                                                                          *Holly M Burrell*
                                           [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or
both. 18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

In re:  **Jack R Burrell**                                    Case No. _____
        **Holly M Burrell**                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$13,000.00** | **Income from earnings 2008 YTD** |

---

**2. Income other than from employment or operation of business**

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☑

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Santa Maria Broadway Plaza II, LLC v. Jack Burrell, Holly Burrell and JH Enterprises, Inc.** | **suit for breach of corporate lease with personal guaranty** | **San Luis Obispo Superior Court CV 07-1072; 1250242** | **Complaint filed.  Default judgment.** |
| **Commercial Trade Bureau of California v. JH Burrell Enterprises, et al** | **Suit for money** | **Santa Barbara Superior Court-Santa Maria 1248878** | **Judgment 12/19/2007** |

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

In re:   **Jack R Burrell**                                              Case No.  _____
         **Holly M Burrell**                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

| | | | |
|---|---|---|---|
| **Phyllis Madonna v. Jack Burrell, Holly Burrell, JH Burrell Enterprises, Inc.** | **Suit for money on unpaid promissory note** | **San Luis Obispo Superior Court CV 07-1041** | **Default judgment 12/26/07** |
| **GE Commercial Distribution Finance Corporation v. JH Burrell Enterprises, Inc.** | **Complaint for breach of contract and for possession of personal property secured by UCC** | **Santa Barbara Superior Court-Santa Maria 1249891** | **Judgment for possession obtained 11/07** |

None
☑   b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None
☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **GMAC**<br>**PO Box 380903**<br>**Bloomington, MN 55438** | **12/07** | **2007 GMC Acadia voluntarily surrendered** |
| **GMAC**<br>**PO Box 380902**<br>**Bloomington, MN 55438-0902** | **12/07** | **Voluntary surrender of 2007 Cadillac Escalade** |

**6. Assignments and receiverships**

None
☑   a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None
☑   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None
☑   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

In re:   **Jack R Burrell**                                        Case No. _____
            **Holly M Burrell**                                                         (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Law Offices of David S. Hagen 16830 Ventura Blvd. Suite 500 Encino, CA  91436 | 04/04/2008 from Holly Burrell's father | $3,000.00 |

---

### 10. Other transfers

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

In re:  **Jack R Burrell**                                            Case No.  _____
        **Holly M Burrell**                                                                (if known)


# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

None
☐

## 15. Prior address of debtor

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|
| **2695 Shetland**<br>**Arroyo Grande, CA 93420** | **Jack and Holly Burrell** | **2 years through**<br>**12/07** |
| **Home in Castaic, CA** | **Jack and Holly Burrell** | **3 years prior to**<br>**Arroyo Grande** |

---

None
☑

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

In re:   **Jack R Burrell**                                           Case No. _____
         **Holly M Burrell**
                                                                                  (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

### 18. Nature, location and name of business

None ☐

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **JH Burrell Enterprises, Inc.**<br>**1318 B S. Broadway**<br>**Santa Maria, CA 93454** | **retail furniture sales** | **2 years through closing in 11/07** |
| **Burrell Enterprises, Inc.**<br>**Long Beach, CA** | **Retail furniture sales (incorporated and did business in Long Beach, CA.  Company closed and debtors moved to Arroyo Grande and opened JH Burrell Enterprises, Inc., a different corporation, to operate a new furniture store in Santa Maria, CA).** | **Through 2005** |

---

None ☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None ☐

a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Bob Carey** | **All times for past 5 or 6 years** |

---

None ☑

b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

In re:  **Jack R Burrell**                                                                      Case No. _____
  **Holly M Burrell**                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None
☑
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

---

None
☑
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

### 20. Inventories
None
☑
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑
b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders
None
☑
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☑
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders
None
☑
a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☑
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

### 23. Withdrawals from a partnership or distributions by a corporation
None
☑
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

### 24. Tax Consolidation Group
None
☑
If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

### 25. Pension Funds
None
☑
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

In re:  **Jack R Burrell**                                    Case No. _____
        **Holly M Burrell**                                            (if known)

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 6*

*[If completed by an individual or individual and spouse]*

 declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **04/14/2008** _____    Signature ___ **/s/ Jack R Burrell** _____
                                                of Debtor   ***Jack R Burrell***

Date  **04/14/2008** _____    Signature ___ **/s/ Holly M Burrell** _____
                                                of Joint Debtor  ***Holly M Burrell***
                                                (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

Official Form 8
(10/05)

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

IN RE:  **Jack R Burrell**
**Holly M Burrell**

CASE NO

CHAPTER    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐  have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

☐  have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☐  intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 2007 GMC Sierra pickup financed through GMAC | G M A C PO Box 130424 Roseville, MN 55113 xxxxxxxx3930 | ☐ | ☐ | ☐ | ☑ |
| 2007 Saturn Aura financed through GMAC | G M A C PO Box 130424 Roseville, MN 55113 xxxxxxxx2150 | ☐ | ☐ | ☐ | ☑ |
| 40' Tiffan RV currently being used by the debtors | Keybank NA Attention:  Bankruptcy PO Box 94968 Cleveland, OH 44101 xxxxxxxxx3856 | ☐ | ☐ | ☐ | ☑ |
| Former residence at 2695 Shetland, Arroyo Grande, | National City Bank Attention:  Bankruptcy Department 6750 Miller Road Brecksville, OH 44141 xxxxxxxxx5366 | ☑ | ☐ | ☐ | ☐ |
| Former residence at 2695 Shetland, Arroyo Grande, | National City Bank Attention:  Bankruptcy Department 6750 Miller Road Brecksville, OH 44141 xxxxxxxxx5367 | ☑ | ☐ | ☐ | ☐ |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. 362§h)(1)(A) |
|---|---|---|

**None**

Date  **04/14/2008**

Signature  **/s/ Jack R Burrell**
**Jack R Burrell**

Date  **04/14/2008**

Signature  **/s/ Holly M Burrell**
**Holly M Burrell**

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

IN RE:   **Jack R Burrell**                                        CASE NO
         **Holly M Burrell**
                                                                  CHAPTER    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept:                          **$3,000.00**

   Prior to the filing of this statement I have received:               **$3,000.00**

   Balance Due:                                                              **$0.00**

2. The source of the compensation paid to me was:

   ☐ Debtor          ☑ Other (specify)
                     **From Holly Burrell's father**

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

   **Reaffirmation agreements**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **04/14/2008** | **/s/ David S. Hagen** |
| *Date* | *David S. Hagen*                     Bar No.  110588 |
| | Law Offices of David S. Hagen |
| | 16830 Ventura Blvd. |
| | Suite 500 |
| | Encino, CA  91436 |
| | Phone: (818) 990-4416 / Fax: (818) 990-5680 |

---

**/s/ Jack R Burrell**                                    **/s/ Holly M Burrell**

*Jack R Burrell*                                          *Holly M Burrell*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| LAW OFFICES OF DAVID S. HAGEN<br>DAVID S. HAGEN - SBN 110588<br>16830 Ventura Blvd., Suite 500<br>Encino, CA 91436-1795<br>(818) 990-4416<br>Fax (818) 990-5680<br><br>*Attorney for* Debtors | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re: JACK BURRELL and HOLLY BURRELL | CHAPTER 7<br><br>CASE NUMBER 3/21/2008 |
| Debtor. | (No Hearing Required) |

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned bankruptcy case.

2. On *(specify date)* 3/21/2008_____, I agreed with the Debtor that for a fee of $ 3,000.00_____, I would provide only the following services:

   a. ☒ Prepare and file the Petition and Schedules
   b. ☒ Represent the Debtor at the 341(a) Meeting
   c. ☐ Represent the Debtor in any relief from stay actions
   d. ☐ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727
   e. ☐ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523
   f. ☐ Other *(specify)*:

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated: 4/11/08

I HEREBY APPROVE THE ABOVE:

LAW OFFICES OF DAVID S. HAGEN
*Law Firm Name*

By: _____ /S/ DAVID S. HAGEN

_____/S/ JACK BURRELL_____
*Signature of Debtor*

Name: _____ DAVID S HAGEN
*Attorney for Debtor*

____/S/ HOLLY BURRELL____

*Rev. 1/01*  This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 2090-1.1**

February 2006                                                        2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re  JACK and HOLLY BURRELL | CHAPTER: 7 |
| Debtor(s). | CASE NO.: 1:08-bk- |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT  TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, JACK R BURRELL _____, the debtor in this case, declare under penalty
      *(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☒    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
    *(NOTE:  the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, HOLLY M BURRELL _____, the debtor in this case, declare under penalty of
      *(Print Name of Joint Debtor, if any)*

perjury under the laws of the United States of America that:

☐    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
    *(NOTE:  the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☒    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date _____     Signature  /s/ JACK Burrell
                                    *Debtor*

Date _____     Signature  /s/ Holly Burrell
                                    *Joint Debtor (if any)*

| EMPLOYEE NAME | | SOCIAL SECURITY NUMBER | UNION | TRADE | CONTRACT NO. | PERIOD ENDING DATE |
| BURRELL, JACK R. | | XXX-XX-7765 | PTW | 524 | K5820N745 | 03/09/2008 |

| TAXABLE EARNINGS AND BENEFITS | | | | | TAXES & DEDUCTIONS | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DESCRIPTION | RATE | HOURS | AMOUNT | TO - DATE | DESCRIPTION | AMOUNT | TO - DATE | DESCRIPTION | AMOUNT | TO - DATE |
| Regular Hours | 25.00 | 40 | 1,000.00 | 6,700.00 | State Disability CA | 13.55 | 60.31 | UNION | 0.00 | 24.00 |
| Overtime Hours | 37.50 | 12.5 | 468.78 | 1,368.78 | State Withholdin CA | 48.22 | 111.52 | | | |
| Double Time Hou | 50.00 | 4.5 | 225.00 | 225.00 | FIT | 135.27 | 405.03 | | | |
| *TOTAL* | 50.00 | 57 | 1,693.78 | 8,293.78 | MED | 24.56 | 109.31 | | | |
| PER DIEM | | | 375.00 | 2,325.00 | SOC | 105.01 | 467.40 | | | |
| *TOTAL* | | | 375.00 | 2,325.00 | *TOTAL* | 326.61 | 1,153.57 | | | |
| SICK Balance | | 1.81 | | | | | | | | |
| VAC Balance | | | | | | | | | | |

| | | | | | | | TOTAL TAXES & DEDUCTIONS | $326.61 | $1,177.57 |
| | | | | | | | CHECK DATE | | CHECK NO. |
| | | | | | | | 03/13/2008 | | 197898 |

| TOTAL EARNINGS | $2,068.78 | NON TAX TOTAL CO. PD. BENEFITS | $0.00 | CHECK AMOUNT |
| TOTAL TAXABLE YEAR TO DATE | $7,418.78 | | | $1,742.17 |

SAFEGUARD

| EMPLOYEE NAME | SOCIAL SECURITY NUMBER | UNION | TRADE | CONTRACT NO. | PERIOD ENDING DATE |
|---|---|---|---|---|---|
| BURRELL, JACK R. | XXX-XX-7755 | IPTW | 5741 | K5820N340 | 03/02/2008 |

### TAXABLE EARNINGS AND BENEFITS / TAXES & DEDUCTIONS

| DESCRIPTION | RATE | HOURS | AMOUNT | TO-DATE | DESCRIPTION | AMOUNT | TO-DATE | DESCRIPTION | AMOUNT | TO-DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | 25.00 | 40 | 1,000.00 | 5,700.00 | State Disability CA | 10.70 | 46.76 | UNION | 0.00 | 24.00 |
| Overtime Hours | 37.50 | 9 | 337.50 | 900.00 | State Withholdin CA | 22.95 | 63.30 | | | |
| *TOTAL* | 37.50 | 49 | 1,337.50 | 6,600.00 | FIT | 81.83 | 269.76 | | | |
| PER DIEM | | | 375.00 | 1,950.00 | MED | 19.39 | 84.75 | | | |
| *TOTAL* | | | 375.00 | 1,950.00 | SOC | 82.92 | 362.39 | | | |
| SICK Balance | 1.81 | | | | *TOTAL* | 217.79 | 826.96 | | | |
| VAC Balance | | | | | | | | | | |

| | | |
|---|---|---|
| TOTAL TAXES & DEDUCTIONS | $217.79 | $850.96 |

| CHECK DATE | CHECK NO. |
|---|---|
| 03/06/2008 | 197047 |

| | | | | |
|---|---|---|---|---|
| TOTAL EARNINGS | $1,712.50 | NON TAX TOTAL CO. PD. BENEFITS | $0.00 | CHECK AMOUNT |
| TOTAL TAXABLE | | | | $1,494.71 |
| YEAR TO DATE | $5,725.00 | | | |

SAFEGUARD

EMPLOYEE NAME                SOCIAL SECURITY NUMBER        UNION        TRADE        CONTRACT NO.    PERIOD ENDING DATE
BURRELL, JACK R.            XXX-XX-7765        IPTW        K5820N744        02/24/2008

| TAXABLE EARNINGS AND BENEFITS | | | | TAXES & DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | AMOUNT | TO - DATE | DESCRIPTION | AMOUNT | TO - DATE | DESCRIPTION | AMOUNT | TO - DATE |
| Regular Hours | 25.00 | 28 | 700.00 | 4,700.00 | State Disability CA | 8.30 | 36.06 | UNION | 0.00 | 24.00 |
| Overtime Hours | 37.50 | 9 | 337.50 | 562.50 | State Withholdin CA | 6.55 | 40.35 | | | |
| *TOTAL* | 37.50 | 37 | 1,037.50 | 5,262.50 | FIT | 36.83 | 187.93 | | | |
| PER DIEM | | | 375.00 | 1,575.00 | MED | 15.04 | 65.36 | | | |
| *TOTAL* | | | 375.00 | 1,575.00 | SOC | 64.33 | 279.47 | | | |
| SICK Balance | | 1.81 | | | *TOTAL* | 131.05 | 609.17 | | | |
| VAC Balance | | | | | | | | | | |

| | | | | | | TOTAL TAXES & DEDUCTIONS | $131.05 | $633.17 |
|---|---|---|---|---|---|---|---|---|

| | | CHECK DATE | CHECK NO. |
|---|---|---|---|
| | | 02/28/2008 | 196214 |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL EARNINGS | $1,412.50 | NON TAX TOTAL CO. PD. BENEFITS | $0.00 | CHECK AMOUNT | |
| TOTAL TAXABLE | | | | | |
| YEAR TO DATE | $4,387.50 | | | $1,281.45 | |

SAFEGUARD

818 894 6627    P. 01

| EMPLOYEE NAME | SOCIAL SECURITY NUMBER | UNION | TRADE | CONTRACT NO | PERIOD ENDING DATE |
|---|---|---|---|---|---|
| BURRELL, JACK R. | XXX-XX-7765 | IPTW | 5174 | K5820N347 | 03/23/2008 |

| TAXABLE EARNINGS AND BENEFITS | | | | | TAXES & DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | AMOUNT | TO - DATE | DESCRIPTION | AMOUNT | TO - DATE | DESCRIPTION | AMOUNT | TO - DATE |
| Regular Hours | 25.00 | 40 | 1,000.00 | 8,700.00 | State Disability CA | 9.20 | 83.61 | UNION | 0.00 | 24.00 |
| Overtime Hours | 37.50 | 4 | 150.00 | 1,931.28 | State Withholdin CA | 11.70 | 176.94 | | | |
| Double Time Hou | 50.00 | | 0.00 | 575.00 | FIT | 53.70 | 604.31 | | | |
| TOTAL* | 50.00 | 44 | 1,150.00 | 11,206.28 | MED | 16.67 | 151.54 | | | |
| PER DIEM | | | 375.00 | 3,000.00 | SOC | 71.30 | 647.98 | | | |
| TOTAL* | | | 375.00 | 3,000.00 | *TOTAL* | 162.57 | 1,664.38 | | | |
| SICK Balance | | 1.81 | | | | | | | | |
| VAC Balance | | | | | | | | | | |

| | | | | | | | TOTAL TAXES & DEDUCTIONS | $162.57 | $1,688.38 |

| | CHECK DATE | CHECK NO. |
|---|---|---|
| | 03/27/2008 | 199591 |

| TOTAL EARNINGS | $1,525.00 | NON TAX TOTAL CO. PD. BENEFITS | $0.00 |
| TOTAL TAXABLE YEAR TO DATE | $10,331.28 | | |

| CHECK AMOUNT |
|---|
| $1,362.43 |

SAFEGUARD

| EMPLOYEE NAME | SOCIAL SECURITY NUMBER | UNION | TRADE | CONTRACT NO | PERIOD ENDING DATE |
|---|---|---|---|---|---|
| BURRELL, JACK R. | XXX-XX-7765 | IPTW | 5174 | K6077N003 | 03/30/2008 |

| TAXABLE EARNINGS AND BENEFITS | | | | | TAXES & DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | AMOUNT | TO - DATE | DESCRIPTION | AMOUNT | TO - DATE | DESCRIPTION | AMOUNT | TO - DATE |

| DESCRIPTION | RATE | HOURS | AMOUNT | TO - DATE | DESCRIPTION | AMOUNT | TO - DATE | DESCRIPTION | AMOUNT | TO - DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | 25.00 | 40 | 1,000.00 | 9,700.00 | State Disability CA | 11.00 | 94.61 | UNION | 0.00 | 24.00 |
| Overtime Hours | 37.50 | 10 | 375.00 | 2,306.28 | State Withholdin CA | 25.20 | 202.14 | | | |
| Double Time Hou | 50.00 | | 0.00 | 575.00 | FIT | 87.45 | 691.76 | | | |
| *TOTAL* | 50.00 | 50 | 1,375.00 | 12,581.28 | MED | 19.94 | 171.48 | | | |
| PER DIEM | | | 375.00 | 3,375.00 | SOC | 85.25 | 733.23 | | | |
| *TOTAL* | | | 375.00 | 3,375.00 | *TOTAL* | 228.84 | 1,893.22 | | | |
| SICK Balance | | 1.81 | | | | | | | | |
| VAC Balance | | | | | | | | | | |

| | | | | TOTAL TAXES & DEDUCTIONS | $228.84 | $1,917.22 |
|---|---|---|---|---|---|---|

| | | | CHECK DATE | CHECK NO. |
|---|---|---|---|---|
| TOTAL EARNINGS | $1,750.00 | NON TAX TOTAL CO. PD. BENEFITS | $0.00 | 04/03/2008 | 200496 |
| TOTAL TAXABLE YEAR TO DATE | $11,706.28 | | | CHECK AMOUNT | |
| | | | | $1,521.16 | |

SAFEGUARD

| EMPLOYEE NAME | SOCIAL SECURITY NUMBER | UNION | TRADE | CONTRACT NO | PERIOD ENDING DATE |
|---|---|---|---|---|---|
| BURRELL, JACK R. | XXX-XX-7765 | IPTW | 5174 | K6082N001 | 04/06/2008 |

| TAXABLE EARNINGS AND BENEFITS | | | | TAXES & DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | AMOUNT | TO - DATE | DESCRIPTION | AMOUNT | TO - DATE | DESCRIPTION | AMOUNT | TO - DATE |

| DESCRIPTION | RATE | HOURS | AMOUNT | TO - DATE | DESCRIPTION | AMOUNT | TO - DATE | DESCRIPTION | AMOUNT | TO - DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | 25.00 | 40 | 1,000.00 | 10,700.00 | State Disability CA | 12.70 | 107.31 | UNION | 0.00 | 24.00 |
| Overtime Hours | 37.50 | 11 | 412.50 | 2,718.78 | State Withholdin CA | 39.72 | 241.86 | | | |
| Double Time Hou | 50.00 | 3.5 | 175.00 | 750.00 | FIT | 119.33 | 811.09 | | | |
| *TOTAL* | 50.00 | 54.5 | 1,587.50 | 14,168.78 | MED | 33.97 | 205.45 | | | |
| PER DIEM | | | 375.00 | 3,750.00 | SOC | 145.23 | 878.46 | | | |
| *TOTAL* | | | 375.00 | 3,750.00 | *TOTAL* | 350.95 | 2,244.17 | | | |
| SICK Balance | | 1.81 | | | | | | | | |
| VAC Balance | | | | | | | | | | |

| | | |
|---|---|---|
| TOTAL TAXES & DEDUCTIONS | $350.95 | $2,268.17 |
| CHECK DATE | | CHECK NO. |
| 04/10/2008 | | 201240 |

| TOTAL EARNINGS | $1,962.50 | NON TAX TOTAL CO. PD. BENEFITS | $0.00 | CHECK AMOUNT |
|---|---|---|---|---|
| TOTAL TAXABLE YEAR TO DATE | $14,168.78 | | | $1,611.55 |

SAFEGUARD

**B22A (Official Form 22A) (Chapter 7) (01/08)**

In re: **Jack R Burrell**
      **Holly M Burrell**

Case Number:

| According to the calculations required by this statement: |
|---|
| ☐   **The presumption arises.** |
| ☑   **The presumption does not arise.** |
| (Check the box as directed in Parts I, III, and VI of this statement.) |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. EXCLUSION FOR DISABLED VETERANS AND NON-CONSUMER DEBTORS |
|---|

| | |
|---|---|
| 1A | If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐   **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. § 901(1)). |
| 1B | If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐   **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |

| Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION |
|---|

| | |
|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐   Unmarried.   **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐   Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐   Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☑   Married, filing jointly.   **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** |

| All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | Column A<br><br>Debtor's Income | Column B<br><br>Spouse's Income |
|---|---|---|
| **3**   **Gross wages, salary, tips, bonuses, overtime, commissions.** | $2,193.48 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 4 | **Income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | | | |
| | a. | Gross receipts | $0.00 | $0.00 | |
| | b. | Ordinary and necessary business expenses | $0.00 | $0.00 | |
| | c. | Business income | Subtract Line b from Line a | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | | | |
| | a. | Gross receipts | $0.00 | $0.00 | |
| | b. | Ordinary and necessary operating expenses | $0.00 | $0.00 | |
| | c. | Rent and other real property income | Subtract Line b from Line a | $0.00 | $0.00 |

**B22A (Official Form 22A) (Chapter 7) (01/08)**

| 6 | Interest, dividends, and royalties. | | $0.00 | $0.00 |
|---|---|---|---|---|
| 7 | Pension and retirement income. | | $0.00 | $0.00 |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | | $0.00 | $0.00 |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <br><br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $0.00 — Spouse $0.00 | | $0.00 | $0.00 |
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. <br><br>a. <br>b. <br>Total and enter on Line 10 | | $0.00 | $0.00 |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | | $2,193.48 | $0.00 |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | | | $2,193.48 |

### Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $26,321.76 |
|---|---|---|
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br><br>a. Enter debtor's state of residence:  **California**  b. Enter debtor's household size:  **5** | $83,831.00 |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br><br>☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII. <br><br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. |  |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)**

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** |  |
|---|---|---|
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. <br><br>a. <br>b. <br>c. <br>Total and enter on line 17. |  |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. |  |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2008

**B22A (Official Form 22A) (Chapter 7) (01/08)**

| | **Part V. CALCULATION OF DEDUCTIONS FROM INCOME** | |
|---|---|---|
| | **Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)** | |
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |

<table>
<tr><td colspan="2"><b>Household members under 65 years of age</b></td><td colspan="2"><b>Household members 65 years of age or older</b></td></tr>
<tr><td>a1.</td><td>Allowance per member</td><td>a2.</td><td>Allowance per member</td></tr>
<tr><td>b1.</td><td>Number of members</td><td>b2.</td><td>Number of members</td></tr>
<tr><td>c1.</td><td>Subtotal</td><td>c2.</td><td>Subtotal</td></tr>
</table>

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. DO NOT ENTER AN AMOUNT LESS THAN ZERO. | |

<table>
<tr><td>a.</td><td>IRS Housing and Utilities Standards; mortgage/rental expense</td><td></td></tr>
<tr><td>b.</td><td>Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42</td><td></td></tr>
<tr><td>c.</td><td>Net mortgage/rental expense</td><td>Subtract Line b from Line a.</td></tr>
</table>

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. <br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. ☐ 0  ☐ 1  ☐ or more. <br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |

B22A (Official Form 22A) (Chapter 7) (01/08)

| | | | |
|---|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | |
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ☐ 1   ☐ or more. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. DO NOT ENTER AN AMOUNT LESS THAN ZERO. | | |

| | | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

| | | | |
|---|---|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. DO NOT ENTER AN AMOUNT LESS THAN ZERO. | | |

| | | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes. DO NOT INCLUDE REAL ESTATE OR SALES TAXES. | |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. DO NOT INCLUDE DISCRETIONARY AMOUNTS, SUCH AS VOLUNTARY 401(K) CONTRIBUTIONS. | |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. DO NOT INCLUDE PREMIUMS FOR INSURANCE ON YOUR DEPENDENTS, FOR WHOLE LIFE OR FOR ANY OTHER FORM OF INSURANCE. | |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. DO NOT INCLUDE PAYMENTS ON PAST DUE OBLIGATIONS INCLUDED IN LINE 44. | |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare--such as baby-sitting, day care, nursery and preschool. DO NOT INCLUDE OTHER EDUCATIONAL PAYMENTS. | |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. DO NOT INCLUDE PAYMENTS FOR HEALTH INSURANCE OR HEALTH SAVINGS ACCOUNTS LISTED IN LINE 34. | |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2008

**B22A (Official Form 22A) (Chapter 7) (01/08)**

| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service--such as pagers, call waiting, caller id, special long distance, or internet service--to the extent necessary for your health and welfare or that of your dependents. DO NOT INCLUDE ANY AMOUNT PREVIOUSLY DEDUCTED. | |
|----|----|----|
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | |

| **Subpart B: Additional Living Expense Deductions**<br>**Note: Do not include any expenses that you have listed in Lines 19-32** |
|---|

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>   a. Health Insurance<br>   b. Disability Insurance<br>   c. Health Savings Account<br><br>Total and enter on Line 34<br><br>IF YOU DO NOT ACTUALLY EXPEND THIS TOTAL AMOUNT, state your actual total average monthly expenditures in the space below:<br>_____ | |
|----|----|----|
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL EXPENSES, AND YOU MUST DEMONSTRATE THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY. | |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL EXPENSES, AND YOU MUST EXPLAIN WHY THE AMOUNT CLAIMED IS REASONABLE AND NECESSARY AND NOT ALREADY ACCOUNTED FOR IN THE IRS STANDARDS. | |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) YOU MUST DEMONSTRATE THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY. | |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2008

**B22A (Official Form 22A) (Chapter 7) (01/08)**

| | **Subpart C: Deductions for Debt Payment** | | | | |
|---|---|---|---|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | | | | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | | ☐ yes ☐ no |
| b. | | | | ☐ yes ☐ no |
| c. | | | | ☐ yes ☐ no |
| | | | Total: Add Lines a, b and c. | |

| | | |
|---|---|---|
| 43 | **Other payments on secured claims.** If any of the debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| | | | Total: Add Lines a, b and c |

| | | |
|---|---|---|
| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. DO NOT INCLUDE CURRENT OBLIGATIONS, SUCH AS THOSE SET OUT IN LINE 28. | |

| | | |
|---|---|---|
| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |

| | | | |
|---|---|---|---|
| a. | Projected average monthly chapter 13 plan payment. | | |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | % |
| c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b | |

| | | |
|---|---|---|
| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | |

| | **Subpart D: Total Deductions from Income** | |
|---|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | |

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| | | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | |

**B22A (Official Form 22A) (Chapter 7) (01/08)**

| | |
|---|---|
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed. |
| | ☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. |
| | ☐ **The amount set forth on Line 51 is more than $10,950.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. |
| | ☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). |
| 53 | **Enter the amount of your total non-priority unsecured debt** |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. |
| | ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. |
| | ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

## Part VII: ADDITIONAL EXPENSE CLAIMS

| | |
|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

|  | Expense Description | Monthly Amount |
|---|---|---|
| a. | | |
| b. | | |
| c. | | |
| | Total: Add Lines a, b, and c | |

## Part VIII: VERIFICATION

| | |
|---|---|
| 57 | declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* <br><br> Date: **04/14/2008**    Signature: **/s/ Jack R Burrell** <br> (Debtor) <br><br> Date: **04/14/2008**    Signature: **/s/ Holly M Burrell** <br> (Joint Debtor, if any) |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2008

## Current Monthly Income Calculation Details

In re: **Jack R Burrell**
      **Holly M Burrell**

Case Number:

Chapter:    **7**

**3.    Gross wages, salary, tips, bonuses, overtime commissions.**

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Debtor** | **Brinderson Constructors, Inc.** | | | | | | |
| | $0.00 | $0.00 | $785.75 | $875.00 | $3,387.50 | $8,112.62 | **$2,193.48** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

IN RE:  **Jack R Burrell**                                      CASE NO
        **Holly M Burrell**

                                                        CHAPTER    **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  _04/14/2008_____        Signature  _/s/ Jack R Burrell_____
                                                      *Jack R Burrell*


Date  _04/14/2008_____        Signature  _/s/ Holly M Burrell_____
                                                      *Holly M Burrell*

Jack R Burrell
9018 Balboa Blvd. #533
Northridge, CA 91325


Holly M Burrell
9018 Balboa Blvd. #533
Northridge, CA 91325


Law Offices of David S. Hagen
16830 Ventura Blvd.
Suite 500
Encino, CA  91436


Office of US Trustee-WH
21051 Warner Center Lane #115
Woodland Hills, CA 91367

All Cal Coll
PO Box 1614
Osage Beach, MO 65065

American Express TRS
PO Box 53773
Phoenix, AZ 85072-3773

Amy Vanblaricom, MD
1441 Avocado Ave. #301
Newport Beach, CA 92660-7704

Anesthesia Medical Group of SM
PO Box 6406
Santa Maria, CA 93456-6406

April Szczepanski
c/o Labor Commissioner
411 E. Canon Perdido St. #3
Santa Barbara, CA 93101

Bank of America
Attn: Bankruptcy Dept NC4-105-03-14
PO Box 26012
Greensboro, NC 27420

Bay Area Credit Service
97 E Brokaw Rd
Suite 240
San Jose, CA 95112

Charter Communications
c/o Credit Protection Association
13355 Noel Rd.
Dallas, TX 75240

Charter Communications
4031 Via Oro Ave.
Long Beach, CA 90810-1458

Chase
800 Brooksedge Blvd
Westerville, OH 43081


Chevron
PO Box 5010
Concord, CA 94524


City of Santa Maria
Utility Billing Division
110 E. Cook St., Room 9
Santa Maria, CA 93454-5190


Commercial Trade Bureau of California
c/o Sandra Kuhn McCormack
5330 Office Center Ct #C
Bakersfield, CA 93309


Continetnal Credit Control
PO Box 30348
Santa Barbara, CA 93130-0348


County Originals, Inc.
c/o Creditors Resource Group
PO Box 5489
Slidell, LA 70469


Dell Financial Services
4293 Collection Center Dr
Chicago, IL 60693


Discover Card Services
PO Box 3016
New Albany, OH 43054


Donahue Transportation
6551 Ventura Blvd.
Ventura, CA 93003

ExxonMobil
PO Box 6497
Sioux Falls, SD 57117

Fair Sky Properties
755 Santa Rosa St., Suite 310
San Luis Obispo, CA

Farmers Insurance Group
c/o Credit Collectin SErvices
Two Wells Ave., Dept. 7250
Newton, MA 02459

G M A C
PO Box 130424
Roseville, MN 55113

Gallerie II
819  Blue Crab Rd.
Newport News, VA 23606

GE Commercial Distrubution Finance Corp
c/o Law Offices of Mark D Poniatowski
2811 Castro Valley Blvd. #208
Castro Valley, CA 94546

Genetic Disease Research
PO Box 7885
San Francisco, CA 94120-7885

GMAC
PO Box 380903
Bloomington, MN 55438

GMAC
PO Box 380902
Bloomington, MN 55438-0902

Home Loan Services, Inc.
c/o First American Loanstar Trustee Serv
PO Box 961253
Ft. Worth, TX 76161


HSBC
ATTN: BANKRUPTCY
PO BOX 5213
Carol Stream, IL 60197


Keybank NA
Attention:  Bankruptcy
PO Box 94968
Cleveland, OH 44101


L&P Financial Services Co.
PO Box 198747
Atlanta, GA 30384-8747


LTD Financial Services, LP
7322 Southwest Freeway, Suite 1600
Houston, TX 77074


Manpower, Inc.
PO Box 45730
San Francisco, CA 94145-0730


Marian Medical Center
File 55549
Los Angeles, CA 90074-0001


Michaelson, Susi & Michaelson
Seven West Figueroa, 2nd Floor
Santa Barbara, CA 93101


Monitronics Funding LP
8628 Innovation Way
Chicago, Il 60682-0086

National City Bank
Attention:  Bankruptcy Department
6750 Miller Road
Brecksville, OH 44141


Office of U.S. Trustee
21051 Warner Center Lane
Woodland Hills, CA 91367


Pacific Gas & Electric
PO Box 997300
Sacramento, CA 95899-7300


Paychex
General Post Office
PO Box 29769
New York, NY 10087-9769


Phyllis Madonna, Trustee
c/o Adamski, Moroski, Madden & Green
1200 Vine St.
Paso Robles, CA 93446


Renaissance Imaging Med Assoc
PO Box 190
Simi Valley, CA 93062-0190


Santa Barbara Bank & Trust
PO Box 60839
Santa Barbara, CA 93160-0839


Santa Maria Broadway Plaza II
284 Higuera St.
San Luis Obispo, CA 93401


Santa Maria Broadway Plaza II, LLC
c/o Adamski Moroski Madden & Green
1200 Vine St.
Paso Robles, CA 93446

South Coast Sanitary Services
Dept 1433
Los Angeles, CA 90084-1433


Sprint
PO Box 541023
Los Angeles, CA 90054-1023


State Board of Equalization
PO Box 942879
Sacramento, CA 94279-0095


Stylecraft Home Collection
4325 Executive Dr., Suite 100
Southaven, MS 38672


The Gas Company
PO Box C
Monterey Park, CA 91756


Three Hands
13259 Ralston AVe.
Sylmar, CA 91342


Union Oil Co.
PO Box 688931
Des Moines, IA 50368-8931


United Healthcare
Dept CH 10151
Palatine, IL 60055-0151


US Bank
Attn: Bankruptcy Dept
PO Box 5229
Cincinnati, OH 45201

Waste Management
PO Box 541065
Los Angeles, CA 90054-1065


Westcliff Medical Laboratories
PO Box 19798
Irvine, CA 92623-9798